UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**TRAVIS R.,**

   Plaintiff,

**v.**                                           No. 4:25-cv-00935-P

**FRANK BISIGNANO,**

   Defendant.

## ORDER

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR"). ECF No. 18. Having reviewed FCR and the applicable law, the Court **ACCEPTS** and **ADOPTS** the findings of the Magistrate Judge. Accordingly, the Court **GRANTS** the Commissioner's motion to reverse the decision of the Administrative Law Judge (ALJ) under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case for further proceedings.

**SO ORDERED** on this **24th day of February 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE